UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00248 |
| | ) | CHIEF JUDGE HAYNES |
| ANDRA CHRISTMAN | ) | |

## AGREED ORDER

On this day the Court considered the agreed motion to revoke Defendant Andra Christman's supervised release. The Court GRANTS that motion. Consistent with Christman's express admission, the Court FINDS that Christman violated the terms of supervise release, as alleged in the petition filed as Docket Entry 56. Furthermore, the Court ORDERS:

1. The defendant shall serve a term of imprisonment of six months; and,

2. Upon completion of that term of imprisonment, the defendant's term of supervised release will terminate immediately.

It is so ORDERED.

ENTERED this _21st_ day of _June_, 2013.

_____
WILLIAM J. HAYNES, JR.
CHIEF U.S. DISTRICT JUDGE