UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) No. 3:10-00248 |
| | ) CHIEF JUDGE HAYNES |
| ANDRA CHRISTMAN | ) |

## AGREED MOTION TO CANCEL REVOCATION HEARING

Defendant Andra Christman moves the Court to cancel the revocation hearing that is set for July 22, 2013, in light of the fact that the parties have resolved this matter through the agreed order entered on June 21, 2013 (D.E. 67). Counsel for the government has been consulted and he states he agrees with this request.

Respectfully submitted,

*s/ Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway, Suite 200
Nashville, TN 37203

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2013, I electronically filed the foregoing *Agreed Motion* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Braden Boucek**, Assistant United States Attorney, 110 9th Avenue South, Ste. A-961, Nashville, TN 37203.

*s/ Michael C. Holley*
MICHAEL C. HOLLEY